# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | **Case Number:  CR 08-S-71-E** |
| ) | |
| **CIRILO RODRIQUEZ-MARTIN.** ) | |

## ORDER

This case is before the court on defendant's motion to dismiss indictment.[1] Magistrate Judge Robert R. Armstrong filed his report and recommendation on February 3, 2009.  Defendant filed objections on February 6, 2009.

Having carefully reviewed the entire record in this case, the court ACCEPTS the report and ADOPTS the recommendation of the magistrate judge.  Consequently, defendant's objections to the report and recommendation are OVERRULED, and the motion to dismiss indictment is DENIED.

DONE this 10th day of February, 2009.

_____
United States District Judge

---

[1] Doc. no. 41.